IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN KEVIN WALTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NEMANJA VIDAKOVIC, Officer; ZACHARY KINSELLA, Officer; GABRIEL PENHAERRERA, KATIE STENNECHE, Sargent; TAMMIE JENSEN, Mental Health Coordinator; CAPTAIN WEST, and LT. MORRISON,<br><br>    Defendants. | 8:20CV123<br><br>ORDER |

  Plaintiff, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. Upon review of Plaintiff's motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

  IT IS THEREFORE ORDERED that:

  1. Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner. Filing 21 is granted.

  2. The clerk of the court is directed to update the court's records to reflect Plaintiff is no longer liable for the remaining balance of the filing fee.

  3. The clerk of the court is directed to update the Plaintiff's address in CM/ECF. See Filing 20 at p. 2.

  Dated this 22nd day of December, 2020.

                  BY THE COURT:

                  *Richard G. Kopf*
                  Richard G. Kopf
                  Senior United States District Judge