IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN KEVIN WALTON,<br><br>    Plaintiff,<br><br>vs.<br><br>NEMANJA VIDAKOVIC, Officer; ZACHARY KINSELLA, Officer; GABRIEL PENAHERRERA, KATIE STENNECHE, Sargent; TAMMIE JENSEN, Mental Health Coordinator; CAPTAIN WEST; and LT. MORRISON,<br><br>    Defendants. | 8:20CV123<br><br>MEMORANDUM<br>AND ORDER |

  On March 10, 2021, the court ordered Plaintiff to file an amended complaint that sets forth a viable claim against proper defendants within 30 days, in the absence of which "this matter will be dismissed without further notice." (Filing 24.) To date, Plaintiff has not filed an amended complaint or taken any other action in this case.

  IT IS THEREFORE ORDERED that:

  1. This case is dismissed without prejudice for failure to prosecute this matter diligently and for failure to comply with this court's orders; and

  2. Judgment shall be entered by separate document.

  DATED this 22nd day of April, 2021.

                BY THE COURT:

                *Richard G. Kopf*
                Richard G. Kopf
                Senior United States District Judge